UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAUDENCIA C. HAMILTON, 19400-023,<br>Plaintiff,<br>v.<br>COLETTE PETERS, et al.,<br>Defendant(s). | Case No. 25-cv-04484-CRB  (PR)<br><br>**ORDER OF DISMISSAL**<br><br>(ECF No. 2) |

This civil action by a federal prisoner was filed on May 28, 2025. The court notified plaintiff in writing at that time that the action was deficient because plaintiff did not pay the requisite $405.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis (IFP) application, including a completed certificate of funds in the prisoner's account and a copy of the prisoner's trust account statement for the last six months. See 28 U.S.C. § 1915(a)(2). Plaintiff was advised that failure to file the requested items within 28 days would result in dismissal of the action.

More than 40 days have elapsed; however, plaintiff has not provided the court with the requisite items or sought an extension of time to do so. Plaintiff's incomplete IFP application (ECF No. 2) is DENIED, and the action is DISMISSED without prejudice.

The clerk is instructed to close the case.

**IT IS SO ORDERED**.

Dated: July 17, 2025

_____
CHARLES R. BREYER
United States District Judge